1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\* \* \***

| | |
|---|---|
| RES-NV ONE, LLC, a Florida limited liability company,           ) | Case No.: 2:11-cv-00345-RLH-PAL |
|        Plaintiff,   ) | **O R D E R** |
|    vs.       ) | (Motion to Strike Answers of Defendants Garrett, LLC and Mackenzie Crossing, LLC–#13) |
| GARRETT, LLC, a Nevada limited liability company; MACKENZIE CROSSING, LLC, a Nevada limited liability company; LARRY L. SAYERS, an individual,    ) | |
|        Defendants.  ) | |

    Before the Court is Plaintiff RES-NV ONE, LLC's **Motion to Strike Answers of Defendants Garrett, LLC and Mackenzie Crossing, LLC** (#13, filed June 3, 2011) based on Rule 12(f) of the Federal Rules of Civil Procedure. Defendants did not reply.

    This dispute arises from Plaintiff's claims against Defendants for a deficiency judgment. Plaintiff filed a complaint on March 4, 2011. Defendant Sayers, although not a lawyer, answered on behalf of himself and the two other corporate Defendants, Garrett, LLC and Mackenzie Crossing, LLC. (Dkt. #8, Answer, April 18, 2011.) Plaintiff now asks the Court to strike Garrett, LLC and Mackenzie Crossing, LLC's Answer.

"It is a longstanding rule that '[c]orporations and other unincorporated associations must appear in court through an attorney'." *D-Beam Ltd. Partnership v. Roller Derby Skates, Inc.*, 366 F.3d 972, 973–74 (9th Cir. 2004) (citing *Licht v. Am. W. Airlines (In re Am. W. Airlines)*, 40 F.3d 1058, 1059 (9th Cir. 1994). Thus, Sayers improperly filed an Answer on behalf Garrett, LLC and Mackenzie Crossing, LLC. Furthermore, Local Rule 7-2(d) of the Local Rules of Practice provides that failure to file points and authorities in opposition to a motion constitutes a consent that the motion be granted. *Abbott v. United Venture Capital, Inc.*, 718 F. Supp. 828, 831 (D. Nev. 1989). Having failed to respond to Plaintiff's motion, Defendants Garrett, LLC and Mackenzie Crossing, LLC have effectively consented.

## CONCLUSION

Accordingly, and for good cause appearing,

IT IS HEREBY ORDERED that Motion to Strike Answers of Defendants Garrett, LLC and Mackenzie Crossing, LLC (#13) is GRANTED. Defendants' Answer (#8) is therefore stricken from the record with respect to Garrett, LLC and Mackenzie Crossing, LLC.

Dated: July 5, 2011.

_____
**ROGER L. HUNT**
**United States District Judge**