UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RES-NV ONE, LLC, a Florida limited liability company;<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>GARRETT, LLC, a Nevada limited liability company; MACKENZIE CROSSING, LLC, a Nevada limited liability company; LARRY L. SAYERS, an individual;<br><br>　　　　　　　Defendants. | Case No.: 2:11-cv-00345-RLH (PAL)<br><br>ORDER GRANTING DEFAULT JUDGMENT AGAINST GARRETT, LLC AND MACKENZIE CROSSING, LLC |

On December 23, 2011, Plaintiff RES-NV ONE, LLC filed a Motion for Default Judgment against Defendants Garrett, LLC and Mackenzie Crossing, LLC (Doc. #22). The Motion also expressly identified a question regarding the Court's subject matter jurisdiction and asked the court to determine its subject matter jurisdiction in light of the fact that the Federal Deposit Insurance Corporation ("FDIC") owns a limited liability company membership interest in the parent limited liability company which owns all of the membership interest in Plaintiff.

Having considered the Motion, IT IS HEREBY ORDERED AND ADJUDGED

(1)　　This court has subject matter jurisdiction of this action;

(2)　　Plaintiff's Motion for Default Judgment is granted;

(3)　　Default judgment shall be and hereby is entered in favor of RES-NV ONE, LLC against Defendants Garrett, LLC and Mackenzie Crossing, LLC in the amount of $6,855,893.43, together with interest accruing at the statutory rate from the date of entry of the Default Judgment until paid in full; and

(4)     Having expressly determined that there is no just reason for delay, it is hereby ordered that this default judgment against Defendants Garrett, LLC and Mackenzie Crossing, LLC be and hereby is entered as a final judgment pursuant to Federal Rule of Civil Procedure 54(b).

DATED this 12th day of January, 2012.

Roger L. Hunt
United Stated District Judge