AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Res-NV One LLC

Plaintiff,

V.

Garrett LLC et al

Defendants.

**DEFAULT**

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:11-CV-0345 RLH-PAL

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.**  A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff's Motion for Default Judgment against Garrett LLC and MacKenzie Crossing LLC is GRANTED.  Default Judgment is entered in favor of Res-NV One LLC and against Defendants Garrett LLC and Mackenzie Crossing LLC in the amount of $6,855,893.43, together with interest accruing at the statutory rate from the date of entry of the Default Judgment until paid in full.

January 12, 2012

Date

/s/ Lance S. Wilson

Clerk

/s/ Eileen Sterba

(By) Deputy Clerk